**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 06-1684**

───────────────

In Re:  MICHAEL JACKSON BEATTIE,

Petitioner - Appellant.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge, James C. Cacheris, Senior District Judge, and
Jerome B. Friedman, District Judge.  (3:06-mc-00002-JRS)

───────────────

Submitted:  March 9, 2007          Decided:  April 11, 2007

───────────────

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Michael Jackson Beattie, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Jackson Beattie appeals from an order of a three-judge panel denying his petition for reinstatement to the practice of law before the Eastern District of Virginia. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the panel. <u>See</u> <u>In re: Michael Jackson Beattie</u>, No. 3:06-mc-00002-JRS (E.D. Va. May 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>